IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AVELINO NAZARIO,

    Plaintiff,

v.                          CASE NO. 4:10-cv-00341-MP -WCS

BRIAN JOHNSON, TALLAHASSEE POLICE DEPARTMENT,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendation re 1 Complaint Filed by Avelino Nazario. The Magistrate Judge has recommended this case be dismissed for failure to comply with an order to prosecute. Plaintiff failed to comply with the Order to file an Amended Complaint and the Report and Recommendation has been returned undeliverable via U.S. Mail. As such, Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 8, is ADOPTED and incorporated herein.

    2.    This complaint is DISMISSED without prejudice for failure to comply with an order to prosecute.

    **DONE AND ORDERED** this __22nd__ day of December, 2010

                             *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge